| | |
|---|---|
| 1 | MELINDA HAAG (CABN 132612)<br>United States Attorney |
| 2 | |
| 3 | J. DOUGLAS WILSON (DCBN 412811)<br>Chief, Criminal Division |
| 4 | RANDY LUSKEY (CABN 240915)<br>Assistant United States Attorney |

FILED

2013 OCT -2 A 9:10

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495
Telephone: (415) 436-7359
FAX: (415) 436-7234
Randall.luskey@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

UNITED STATES OF AMERICA,  )  CRIMINAL NO. 3  13  71218  MAG JCS
            )
    Plaintiff,    )  NOTICE OF PROCEEDINGS ON OUT-OF-
            )  DISTRICT CRIMINAL CHARGES PURSUANT TO
    v.      )  RULES 5(c) AND (3) OF THE FEDERAL RULES
            )  OF CRIMINAL PROCEDURE
ROSS WILLIAM ULBRICHT,   )
            )
    Defendant.    )
_____ )

Please take notice pursuant to Rules 5(c)(2) and (3) of the Federal Rules of Criminal Procedure that on or about October 1, 2013, the above-named defendant was arrested based upon an arrest warrant (copy attached) issued upon an

☐ Indictment

☐ Information

● **Criminal Complaint**

☐ Other (describe) _____

pending in the Southern District of New York, Case Number 13-MAG-2328.

In that case, the defendant is charged with the following offenses:

Count One:

Title 21 U.S.C. § 846

Description of Charges: Drug Conspiracy

Maximum Penalties: maximum life imprisonment; maximum $10,000,000 fine; at least 5 years of supervised release to a maximum of life; $100 mandatory special assessment.

Count Two:

Title 18 U.S.C. § 1030(a)(2)

Description of Charges: Computer Hacking Conspiracy

Maximum Penalties: maximum 20 years imprisonment; maximum $250,000 fine; 3 years of supervised release; $100 mandatory special assessment.

Count Three:

Title 18 U.S.C. § 1956(a)(1)(A)(i) and (B)(i)

Description of Charges: Money Laundering Conspiracy

Maximum Penalties: maximum 20 years imprisonment; maximum $250,000 fine or twice the gross pecuniary gain; 3 years of supervised release; $100 mandatory special assessment.

Date: October 2, 2013

Respectfully Submitted,
MELINDA HAAG
UNITED STATES ATTORNEY

RANDY LUSKEY
Assistant U.S. Attorney