| DOCUMENTS UNDER SEAL ☐ | | | | | TOTAL TIME (mins):    6 M | |
|---|---|---|---|---|---|---|
| **MAGISTRATE JUDGE** <br> **MINUTE ORDER** | | DEPUTY CLERK <br> Karen L. Hom | | | REPORTER/FTR <br> FTR 10:03-10:09 | |
| MAGISTRATE JUDGE <br> JOSEPH C. SPERO | | DATE <br> October 2, 2013 | | NEW CASE <br> ☐ | CASE NUMBER <br> 3:13-MJ-71218-MAG | |

| APPEARANCES | | | | | | | |
|---|---|---|---|---|---|---|---|
| DEFENDANT <br> Ross William Ulbricht | AGE | CUST <br> Y | P/NP <br> P | ATTORNEY FOR DEFENDANT <br> Brandon LeBlanc | | PD. ☒ RET. ☐ <br> APPT. ☐ | |
| U.S. ATTORNEY <br> Randy Luskey | INTERPRETER | | | ☐ FIN. AFFT <br> SUBMITTED | ☒ | COUNSEL APPT'D | |
| PROBATION OFFICER | PRETRIAL SERVICES OFFICER <br> Allen Lew | | DEF ELIGIBLE FOR <br> APPT'D COUNSEL ☐ | | PARTIAL PAYMENT <br> OF CJA FEES ☐ | | |

| PROCEEDINGS SCHEDULED TO OCCUR | | | | | |
|---|---|---|---|---|---|
| ☒ INITIAL APPEAR <br> Rule 5 - SDNY | ☐ PRELIM HRG | ☐ MOTION | ☐ JUGM'T & SENTG | ☐ STATUS <br> ☐ TRIAL SET | |
| ☐ I.D. COUNSEL | ☐ ARRAIGNMENT | ☐ BOND HEARING | ☐ IA REV PROB. or <br> or S/R | ☐ OTHER | |
| ☐ DETENTION HRG | ☐ ID / REMOV HRG | ☐ CHANGE PLEA | ☐ PROB. REVOC. | ☐ ATTY APPT <br> HEARING | |

| INITIAL APPEARANCE | | | |
|---|---|---|---|
| ☒ ADVISED <br> OF RIGHTS | ☒ ADVISED <br> OF CHARGES | ☐ NAME AS CHARGED <br> IS TRUE NAME | ☐ TRUE NAME: |

| ARRAIGNMENT | | | |
|---|---|---|---|
| ☐ ARRAIGNED ON <br> INFORMATION | ☒ ARRAIGNED ON <br> INDICTMENT | ☒ READING WAIVED <br> SUBSTANCE | ☐ WAIVER OF INDICTMENT FILED |

FILED

| RELEASE | | | | | |
|---|---|---|---|---|---|
| ☐ RELEASED <br> ON O/R | ☐ ISSUED <br> APPEARANCE BOND | AMT OF SECURITY <br> $ | SPECIAL NOTES | | ☐ PASSPORT <br> SURRENDERED <br> DATE: |
| PROPERTY TO BE POSTED <br> ☐ CASH    $ | | CORPORATE SECURITY ☐ | | REAL PROPERTY: ☐ | |
| ☐ MOTION <br> FOR <br> DETENTION | ☒ PRETRIAL <br> SERVICES <br> REPORT | ☐ DETAINED ☐ RELEASED | ☐ DETENTION HEARING <br> AND FORMAL FINDINGS <br> WAIVED | | ☒ REMANDED <br> TO CUSTODY |

OCT X 2 2013

RICHARD W. WIEKING <br> CLERK U.S. DISTRICT COURT <br> NORTHERN DISTRICT OF CALIFORNIA

ORDER REMOVED TO THE DISTRICT OF

| PLEA | | | |
|---|---|---|---|
| ☐ CONSENT <br> ENTERED | ☐ NOT GUILTY | ☐ GUILTY | GUILTY TO COUNTS: ☐ |
| ☐ PRESENTENCE <br> REPORT ORDERED | ☐ CHANGE OF PLEA | ☐ PLEA AGREEMENT <br> FILED | OTHER: |

| CONTINUANCE | | | | |
|---|---|---|---|---|
| TO: <br> 10/4/13 | ☐ ATTY APPT <br> HEARING | ☐ BOND <br> HEARING | ☐ STATUS RE: <br> CONSENT | ☐ TRIAL SET |
| AT: <br> 9:30 AM | ☒ SUBMIT FINAN. <br> AFFIDAVIT | ☐ PRELIMINARY <br> HEARING | ☐ CHANGE OF <br> PLEA | ☐ STATUS |
| BEFORE HON. <br> Spero | ☒ DETENTION <br> HEARING | ☐ ARRAIGNMENT <br> Set | ☐ MOTIONS | ☐ JUDGMENT & <br> SENTENCING |
| ☐ TIME WAIVED | ☐ TIME EXCLUDABLE <br> UNDER 18 § USC <br> 3161 | ☒ IDENTITY / <br> REMOVAL <br> HEARING | ☐ PRETRIAL <br> CONFERENCE | ☐ PROB/SUP REV. <br> HEARING |

| ADDITIONAL PROCEEDINGS |
|---|

cc: JCS

DOCUMENT NUMBER: