| DOCUMENTS UNDER SEAL ☐ | | | | TOTAL TIME (mins): 1 M | | | |
|---|---|---|---|---|---|---|---|
| **MAGISTRATE JUDGE MINUTE ORDER** | | DEPUTY CLERK<br>Karen L. Hom | | | REPORTER/FTR<br>FTR 9:57-9:58 | | |
| MAGISTRATE JUDGE<br>JOSEPH C. SPERO | | DATE<br>October 9, 2013 | | NEW CASE<br>☐ | CASE NUMBER<br>3:13-mj-71218-JCS-1 | | |
| **APPEARANCES** | | | | | | | |
| DEFENDANT<br>Ross William Ulbricht | | AGE | CUST<br>Y | P/NP<br>P | ATTORNEY FOR DEFENDANT<br>Brandon LeBlanc | | PD. ☒ RET. ☐<br>APPT. ☐ |
| U.S. ATTORNEY<br>Randy Luskey | | INTERPRETER | | | FIN. AFFT ☐<br>SUBMITTED | COUNSEL APPT'D ☐ | |
| PROBATION OFFICER | PRETRIAL SERVICES OFFICER<br>Allen Lew | | | DEF ELIGIBLE FOR ☐<br>APPT'D COUNSEL | | PARTIAL PAYMENT ☐<br>OF CJA FEES | |
| **PROCEEDINGS SCHEDULED TO OCCUR** | | | | | | | |
| ☐ INITIAL APPEAR | ☐ PRELIM HRG | | ☐ MOTION | | ☐ JUGM'T & SENTG | ☐ STATUS<br>☐ TRIAL SET | |
| ☐ I.D. COUNSEL | ☐ ARRAIGNMENT | | ☐ BOND HEARING | | ☐ IA REV PROB. or<br>or S/R | ☐ OTHER | |
| ☒ DETENTION HRG | ☒ ID / REMOV HRG<br>waived by dft | | ☐ CHANGE PLEA | | ☐ PROB. REVOC. | ☐ ATTY APPT<br>HEARING | |
| **INITIAL APPEARANCE** | | | | | | | |
| ☐ ADVISED<br>OF RIGHTS | ☐ ADVISED<br>OF CHARGES | | ☐ NAME AS CHARGED<br>IS TRUE NAME | | ☐ TRUE NAME: | | |
| **ARRAIGNMENT** | | | | | | | |
| ☐ ARRAIGNED ON<br>INFORMATION | ☐ ARRAIGNED ON<br>INDICTMENT | | ☐ READING WAIVED<br>SUBSTANCE | | ☐ WAIVER OF INDICTMENT FILED | | |
| **RELEASE** | | | | | | | |
| ☐ RELEASED<br>ON O/R | ☐ ISSUED<br>APPEARANCE BOND | | AMT OF SECURITY | | SPECIAL NOTES | ☐ PASSPORT<br>SURRENDERED<br>DATE: | |
| PROPERTY TO BE POSTED<br>☐ CASH $ | | | CORPORATE SECURITY ☐ | | REAL PROPERTY: ☐ | | |
| ☐ MOTION<br>FOR<br>DETENTION | ☐ PRETRIAL<br>SERVICES<br>REPORT | | ☐ DETAINED | ☐ RELEASED | ☒ DETENTION HEARING<br>AND FORMAL FINDINGS<br>WAIVED | ☒ REMANDED<br>TO CUSTODY | |
| ORDER REMOVED TO THE DISTRICT OF Southern District of NY | | | | | | | |
| **PLEA** | | | | | | | |
| ☐ CONSENT<br>ENTERED | ☐ NOT GUILTY | | ☐ GUILTY | | GUILTY TO COUNTS: ☐ | | |
| ☐ PRESENTENCE<br>REPORT ORDERED | ☐ CHANGE OF PLEA | | ☐ PLEA AGREEMENT<br>FILED | | OTHER: | | |
| **CONTINUANCE** | | | | | | | |
| TO: | ☐ ATTY APPT<br>HEARING | | ☐ BOND<br>HEARING | | ☐ STATUS RE:<br>CONSENT | ☐ TRIAL SET | |
| AT: | ☐ SUBMIT FINAN.<br>AFFIDAVIT | | ☐ PRELIMINARY<br>HEARING | | ☐ CHANGE OF<br>PLEA | ☐ STATUS | |
| BEFORE HON. | ☐ DETENTION<br>HEARING | | ☐ ARRAIGNMENT | | ☐ MOTIONS | ☐ JUDGMENT &<br>SENTENCING | |
| ☐ TIME WAIVED | ☐ TIME EXCLUDABLE<br>UNDER 18 § USC<br>3161 | | ☐ IDENTITY /<br>REMOVAL<br>HEARING | | ☐ PRETRIAL<br>CONFERENCE | ☐ PROB/SUP REV.<br>HEARING | |

**ADDITIONAL PROCEEDINGS**

Dft waived his Identity Hearing and admitted to being the person as charged in the So. Dist. of NY. No financial affidavit was submitted since the proceedings in this district are concluded.

DOCUMENT NUMBER: