**UNITED STATES DISTRICT COURT**
**Northern District of California**
450 Golden Gate Avenue
San Francisco, California 94102
_____
www.cand.uscourts.gov

Richard W. Wieking                                                                General Court Number
Clerk                                                                                              415.522.2000

October 9, 2013

Office of the Clerk
U.S. District Court
Southern District of New York
500 Pearl Street
New York, NY 10007-1312

Case Name:         US-v-Ross William Ulbricht
Case Number:     13-MAG-2328 (Our number 3:13-MJ-71218 MAG)
Charges:               21:846 - Drug Conspiracy; 18:1030(a)(2) - Computer Hacking
                             Conspiracy; 18:1956(a)(1)(A)(I) and (B)(I) - Money Laundering
                             Conspiracy

Dear Clerk:

     The above charges originated in your district and the defendant has appeared before U.S. Magistrate Judge Joseph C. Spero. The following action has been taken:

(X)     The U.S. Marshal has been ordered to remove this defendant
           to your district forthwith.
( )      The defendant has a court appearance in your court on:

Enclosed are the following documents:
original Rule 5 affidavit
original minute orders
original Order Excluding Time
certified copy of *AO 94, Commitment to Another District*
certified copy of Docket Sheet

     Please acknowledge receipt of the documents on the attached copy of this letter and return in the envelope provided.

                                Sincerely yours,

                                RICHARD WIEKING, Clerk
                                /s/ M. Jenkins
                                by:  Mark Jenkins
                                Case Systems Administrator

Enclosures
cc: Financial Office

-----------------------------------------------------------------------------------------------------------------------
**Receipt of the above-described documents is acknowledged herewith and assigned case number:**

_____ .

**Date:** _____         **CLERK, U.S. DISTRICT COURT**

                                                                           **By** _____
                                                                              **Deputy Clerk**