**Pages 1 - 7**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Before The Honorable Joseph C. Spero, Judge

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| VS. ) | **NO. CR. 13-MJ-71218 JCS** |
| ) | |
| ROSS WILLIAM ULBRICHT, ) | |
| ) | |
| Defendant. ) | |
| ) | |

San Francisco, California
Wednesday, October 2, 2013

**TRANSCRIPT OF THE OFFICIAL ELECTRONIC SOUND RECORDING OF PROCEEDINGS**

**APPEARANCES**:

For Plaintiff:
    Melinda Haag, United States Attorney
    450 Golden Gate Avenue, Box 36055
    San Francisco, CA  94102-3495
    (415) 436-7359
    (415) 436-7234 (fax)
    **BY: RANDALL SCOTT LUSKEY**

For Defendant:
    Office of the Federal Public Defender
    450 Golden Gate Avenue, Room 19-6884
    Box 36106
    San Francisco, CA  94102
    (415) 436-7700
    (415) 436-7706 (fax)
    **BY: BRANDON MICHAEL LE BLANC**

Transcribed By Lydia Zinn, CSR #9223, FCRR, Official Reporter

```
 1  Wednesday - October 2, 2013                              10:03 a.m.
 2                        P R O C E E D I N G S
 3                              ---oOo---
 4          THE CLERK:  Calling Case Number 3:13-MJ-71218, U.S.A.
 5  versus Ross William Ulbricht.
 6          MR. LE BLANC:  Brandon LeBlanc, with the Federal
 7  Public Defender, on behalf of Mr. Ulbricht, Your Honor.
 8          MR. LUSKEY:  Good morning again, Your Honor.
 9  Randy Luskey, for the United States.
10          THE COURT:  Thank you.
11     Karen, do you have do you have a copies of the Complaint
12  in the other sealed matter?  In the sealed matter.  I see.
13          MR. LE BLANC:  Your Honor, if I could have a moment,
14  please.
15          THE COURT:  Yeah, sure.
16     Defendant is present, or somebody alleged to be the
17  defendant.
18  (Pause in proceedings.)
19          THE COURT:  This is not sealed?
20          MR. LUSKEY:  It's not, Your Honor.  It's been
21  unsealed in the Southern District of New York this morning.
22          THE COURT:  Thank you.
23          MR. LUSKEY:  I believe there's also an error on the
24  maximum penalties for Count Two.  It should be 10 years, rather
25  than 20 years in the Rule 5 notice that the Government filed.
```

1           **THE COURT:**  I see.  Got it.  Okay.
2      Good morning, sir.
3           **THE DEFENDANT:**  Good morning.
4           **THE COURT:**  So this is your first appearance in this
5  case.  We're going to go through a bunch of preliminary things.
6           **THE DEFENDANT:**  Okay.
7           **THE COURT:**  The first is to advise you that you have
8  the right to remain silent.  It means you don't have to make
9  any statement to any agent of the United States Government.  If
10 you start to make a statement, you may stop at any time.  If
11 you do choose to make a statement, it can be used against you.
12     You also have the right to counsel at all stages of these
13 proceedings; and free counsel if you can't afford a lawyer.
14     Can you afford to hire a lawyer for proceedings in this
15 District?
16          **THE DEFENDANT:**  No.
17          **THE COURT:**  All right.  I'll appoint a Federal
18 Defender for the proceedings in this District.
19          **MR. LE BLANC:**  And, Your Honor, I'll prepare a
20 financial affidavit for the Court's next appearance.
21          **THE COURT:**  Thank you.
22     So the charges against you are contained --
23     We're here because I've received an Arrest Warrant out of
24 the Southern District of New York, for a person identified as
25 Ross William Ulbricht, which is attached to a Complaint.

 1        In summary, those charges are drug conspiracy, in
 2   violation of 21 U.S.C., Section 846.  The maximum penalty for
 3   that conspiracy are life in prison, a $10 million fine, five
 4   years of Supervised Release, up to a lifetime of Supervised
 5   Release, and a $100 Special Assessment.
 6        Count Two charges a computer-hacking conspiracy in
 7   violation of Title 18 of the United States Code,
 8   Section 1030(a)(2), and has a maximum possible penalty of 10
 9   years in prison, a $250,000 fine, 3 years of Supervised
10   Release, and a $100 Special Assessment.
11        Count Three charges money laundering, which can bring a
12   penalty of up to 20 years in prison, a fine of $250,000 or
13   twice the gross pecuniary gain, whichever is greater, 3 years'
14   Supervised Release, and then a $100 mandatory Special
15   Assessment.
16        You understand, generally, the charges?
17            **THE DEFENDANT:**  I don't know what Special Assessment
18   is.
19            **THE COURT:**  It's just $100 we tack on to every
20   felony.
21            **THE DEFENDANT:**  Okay.
22            **THE COURT:**  Okay?
23        Other than that, do you understand it?
24            **THE DEFENDANT:**  I do.
25            **THE COURT:**  Thank you.  We're obviously not in the

1  Southern District of New York, where the charges are pending,
2  so we do very limited things here.  The first thing we do is,
3  if you want, you can have an identity hearing.  The only
4  question is whether or not you are the person charged in the
5  Complaint.  Your guilt or innocence is not at issue in that
6  proceeding.  It's strictly a matter of identity.
7       Second, if you wish, you can waive that.  You can waive it
8  in writing.
9       Third, under certain circumstances, you can indicate a
10 desire to plead guilty to these charges, if you want, and waive
11 trial in the charging District, and have the matter disposed of
12 in this District.  That requires consent of both U.S. Attorneys
13 in both Districts.
14      You also have the right to be heard on the question of
15 bail.
16      So I'll ask your counsel:  How would you like to proceed?
17          **MR. LE BLANC:**  Your Honor, if the Court can set this
18 for a detention hearing on Friday morning, I believe Mr. Luskey
19 is available at that point, and I am, too.
20      I'd also ask that Pretrial Services prepare a Bail Report,
21 and that the person charged as Mr. Ulbricht be interviewed in
22 anticipation of that detention hearing on Friday.  And I would
23 ask to be present at that interview.
24          **THE COURT:**  Well, I don't know if that can be done.
25          **UNIDENTIFIED SPEAKER:**  We'll try our best.  We prefer

```
 1  Monday, but we'll try for Friday.
 2          THE COURT:  All right.  We'll try for Friday.  We'll
 3  set a bail hearing at Friday at 9:30, with a full Bail Report.
 4      What do you want to do about the identity hearing?
 5          MR. LE BLANC:  Your Honor, perhaps we can set the
 6  identity hearing -- I think we'll take that up on Friday.  So
 7  at this point --
 8          THE COURT:  Okay.  On Friday we will set -- to set --
 9  an identity hearing --
10          MR. LE BLANC:  Correct.
11          THE COURT:  -- or whatever else you want to do.
12          MR. LUSKEY:  I just want to make sure I'm clear on
13  that point, because the agents will be from out of town, so
14  they would need to be here to testify.  On Friday we would just
15  set --
16          THE COURT:  We're not going to -- we're not going to
17  set a --
18      The hearing will not be on Friday.
19          MR. LUSKEY:  Great.
20          THE COURT:  On Friday we'll pick a date for the
21  identity hearing.
22          MR. LUSKEY:  That's correct, Your Honor.
23          THE COURT:  Okay.  If I had said it in regular
24  English, it would have come out better.
25          MR. LUSKEY:  I understood you.
```

1      **THE COURT:** Okay. Okay. Is there anything else we
2 need to do today?
3      **MR. LE BLANC:** Not at this time.
4      **MR. LUSKEY:** I don't believe so.
5      **THE COURT:** So you are remanded to the United States
6 Marshals. And I'll see you on Friday. Okay?
7      **THE DEFENDANT:** See you then.
8      **THE COURT:** Thank you.
9    (At 10:09 a.m. the proceedings were adjourned.)

10                    **CERTIFICATE OF REPORTER**
11    I certify that the foregoing is a true and correct
12 transcript, to the best of my ability, of the above pages of
13 the official electronic sound recording provided to me by the
14 U. S. District Court, Northern District of California, of the
15 proceedings taken on the date and time previously stated in the
16 above matter.
17     I further certify that I am neither counsel for, related
18 to, nor employed by any of the parties to the action in which
19 this hearing was taken; and, further, that I am not financially
20 nor otherwise interested in the outcome of the action.
21
22
23    _Lydia Zinn_                          December 3, 2017
24          Signature of Transcriber       Date
25