**Pages 1 - 7**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Before The Honorable Joseph C. Spero, Judge

| | |
|---|---|
| UNITED STATES OF AMERICA,   )<br>                                                      )<br>          Plaintiff,                  )<br>                                                      )<br>  VS.                                             )<br>                                                      )<br>ROSS WILLIAM ULBRICHT,    )<br>                                                      )<br>          Defendant.                )<br>_____) | **NO. CR. 13-MJ-71218 JCS** |

                                  San Francisco, California
                                  Friday, October 4, 2013

    **TRANSCRIPT OF THE OFFICIAL ELECTRONIC SOUND RECORDING**
                          **OF PROCEEDINGS**

**APPEARANCES**:

For Plaintiff:
                  Melinda Haag, United States Attorney
                  450 Golden Gate Avenue, Box 36055
                  San Francisco, CA  94102-3495
                  (415) 436-7359
                  (415) 436-7234 (fax)
        **BY:  RANDALL SCOTT LUSKEY**

For Defendant:
                  Office of the Federal Public Defender
                  450 Golden Gate Avenue, Room 19-6884
                  Box 36106
                  San Francisco, CA  94102
                  (415) 436-7700
                  (415) 436-7706 (fax)
        **BY:  BRANDON MICHAEL LE BLANC**

Transcribed By Lydia Zinn, CSR #9223, FCRR, Official Reporter

```
 1  Friday - October 4, 2013                              9:44 a.m.
 2                         P R O C E E D I N G S
 3                              ---oOo---
 4          THE CLERK:  Calling Case 3:13-MJ-71218, U.S.A. versus
 5  Ross William Ulbricht.
 6          MR. LE BLANC:  Good morning, Your Honor.
 7  Brandon LeBlanc, of the Federal Public Defender, on behalf of
 8  the person charged as Mr. Ulbricht.
 9          THE COURT:  Good morning.
10          MR. LUSKEY:  Good morning, Your Honor.  Randy Luskey,
11  on behalf of the United States.
12          THE COURT:  Good morning.
13          MR. LE BLANC:  And, Your Honor, when he's brought
14  out, if I could have a moment.
15          THE COURT:  Yes, please.
16          MR. LE BLANC:  Thank you.
17  (Pause in proceedings.)
18          THE COURT:  I guess it's crowded back there.
19      All right.  Mr. Ulbricht is here.  Go ahead.
20  (Pause in proceedings.)
21          MR. LE BLANC:  Thank you, Your Honor.
22          THE COURT:  All right.  We're here for a financial
23  affidavit and a detention hearing.
24          MR. LE BLANC:  Yes, Your Honor. Regarding the
25  financial affidavit, I would ask that the Court would permit us
```

1  to submit that on Wednesday, which is the date that I asked
2  that the detention hearing be continued until.  I alerted the
3  Court yesterday, as well as Mr. Luskey, that it was our
4  intention to request that this matter be continued until
5  Tuesday or Wednesday.  I'm now asking the Court set it for
6  Wednesday for a detention hearing and submission of the
7  financial affidavit.
8           **THE COURT:**  All right.  Any objection?
9           **MR. LUSKEY:**  The Government's position is that we're
10 prepared to make a proffer to the Court today.  The SDNY Court
11 is eager to have the defendant transferred back to the charging
12 District.  If the only reason for delay is to line up
13 additional sureties, the Government doesn't believe that there
14 are going to be any combinations of -- combination of
15 conditions that will ensure safety of the community, or the
16 defendant's appearance at future court -- future court
17 appearances.  So we believe we should go forward with the
18 detention hearing today, Your Honor.
19          **THE COURT:**  What's the reason?
20          **MR. LE BLANC:**  Your Honor, there are several
21 different reasons, given the nature of the case.  And,
22 obviously, it is an involved matter.  We are trying to put
23 together the best possible bail proposal for the Court.
24          **THE COURT:**  Okay.  I assume you've gotten a copies of
25 the Indictment out of the District of Maryland for another

1  person who has the same name?
2       **MR. LE BLANC:**  I have, Your Honor.  And I have made a
3  request for some discovery from Mr. Luskey, which has not yet
4  been produced, which I do think will be important to issues
5  raised at the detention hearing.  And so I think that's also a
6  basis for the request.
7     And we're also asking just for the extension up to the
8  maximum amount of time under the Bail Reform Act to prepare for
9  the hearing, Your Honor.
10       **THE COURT:**  Well, which is not automatic.  It
11 requires good cause.
12       **MR. LE BLANC:**  Understood.
13       **MR. LUSKEY:**  And just to respond to the point about
14 discovery, Your Honor --
15       **THE COURT:**  Yeah.
16       **MR. LUSKEY:**  -- I will note that the case law in this
17 District is fairly clear that there's no entitlement to
18 pre-detention-hearing discovery.  Judge Patel set forth that
19 standard in the *United States versus Moore* case, 607 F. Supp.
20 489.  I can lay out the reasons for that, but the defendants
21 did make that request yesterday afternoon.
22    I DO not believe the Government's obligated to go to the
23 SDNY and retrieve discovery from that District and provide it
24 to them in advance of a detention hearing.
25       **THE COURT:**  Well, and I'm not at this time certainly

1    ordering you to do that.
2             **MR. LUSKEY:**  Understood.
3             **THE COURT:**  So I don't actually know what you're
4    going to accomplish by this several days.
5             **MR. LE BLANC:**  Well, Your Honor, there are a few
6    different things.  As I indicated, I do -- I think that the
7    nature of the case, particularly the concerns around his
8    financial condition, do require extensive meeting with my
9    client, particularly as related to issues to be raised at the
10   detention hearing.
11       I expect that the Government will argue that he should be
12   detained on the basis of his risk of flight and danger.  I
13   really need additional time to fully develop our response and
14   proposal to the Court.  This case just came in on Wednesday.  I
15   do think that the additional time is critical to my
16   representation --
17            **THE COURT:**  Doesn't the Indictment in Maryland change
18   your --
19            **MR. LE BLANC:**  It doesn't --
20            **THE COURT:**  -- appear?
21            **MR. LE BLANC:**  That's correct, Your Honor.  I do
22   think that --
23            **THE COURT:**  I mean, the Indictment in Maryland has a
24   murder-for-hire charge in it.  So that changes how you might
25   approach this.  Right?

1  **MR. LE BLANC:** That's also true, Your Honor. And so
2  that certainly complicates matters in our presentation to the
3  Court. So I would need the additional time in light of the
4  Indictment in Maryland, as well, to prepare for the detention
5  hearing.
6  **THE COURT:** Fine. The matter is continued to next
7  Wednesday --
8  **MR. LE BLANC:** October 9th.
9  **THE COURT:** -- the 9th of October at 9:30 in the
10 morning for submission of a financial affidavit, and a
11 detention hearing.
12 **MR. LE BLANC:** And regarding setting of an identity
13 hearing, Your Honor, I think we discussed potentially setting
14 the identity hearing for a date after next Wednesday. Perhaps
15 Friday morning would be appropriate. I expect that that
16 hearing may ultimately be vacated, depending upon what happens
17 during -- after the detention hearing.
18 **MR. LUSKEY:** We could alternatively just say to set
19 the identity hearing next Wednesday, and make that call at that
20 point.
21 **MR. LE BLANC:** That's fine, as well, Your Honor.
22 **THE COURT:** We'll do that. All right. I will see
23 you Wednesday.
24 **MR. LUSKEY:** I believe time is appropriately excluded
25 between now and the 9th, given the Government's pending

1   detention motion.

2         **MR. LE BLANC:** That's agreed, Your Honor.

3         **THE COURT:** All right.  I will find the interests of
4   justice outweigh the interests of the defendant and the public
5   in a speedy trial, and exclude the time from now until the
6   9th of October.

7      (At 9:50 a.m. the proceedings were adjourned.)

8                    **CERTIFICATE OF REPORTER**

9      I certify that the foregoing is a true and correct
10  transcript, to the best of my ability, of the above pages of
11  the official electronic sound recording provided to me by the
12  U. S. District Court, Northern District of California, of the
13  proceedings taken on the date and time previously stated in the
14  above matter.

15     I further certify that I am neither counsel for, related
16  to, nor employed by any of the parties to the action in which
17  this hearing was taken; and, further, that I am not financially
18  nor otherwise interested in the outcome of the action.

19

20     *Lydia Zinn*

21  _____          December 3, 2017
22        Signature of Transcriber          Date

23

24

25