**Pages 1 - 3**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Before The Honorable Joseph C. Spero, Judge

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| VS.  ) | **NO. CR. 13-MJ-71218 JCS** |
| ) | |
| ROSS WILLIAM ULBRICHT, ) | |
| ) | |
| Defendant. ) | |
| ) | |

San Francisco, California
Wednesday, October 9, 2013

**TRANSCRIPT OF THE OFFICIAL ELECTRONIC SOUND RECORDING
OF PROCEEDINGS**

**APPEARANCES**:

For Plaintiff:
        Melinda Haag, United States Attorney
        450 Golden Gate Avenue, Box 36055
        San Francisco, CA  94102-3495
        (415) 436-7359
        (415) 436-7234 (fax)
   **BY:  RANDALL SCOTT LUSKEY**

For Defendant:
        Office of the Federal Public Defender
        450 Golden Gate Avenue, Room 19-6884
        Box 36106
        San Francisco, CA  94102
        (415) 436-7700
        (415) 436-7706 (fax)
   **BY:  BRANDON MICHAEL LE BLANC**

Transcribed By Lydia Zinn, CSR #9223, FCRR, Official Reporter

```
 1  Wednesday - October 9, 2013                              9:57 a.m.
 2                         P R O C E E D I N G S
 3                              ---oOo---
 4          THE CLERK:  Calling Case Number 3:13-MJ-71218, U.S.A.
 5  versus Ross William Ulbricht.
 6          MR. LUSKEY:  Good morning, Your Honor.  Randy Luskey,
 7  for the United States.
 8          THE COURT:  Good morning.
 9          MR. LE BLANC:  And good morning, Your Honor.
10  Brandon LeBlanc, from the Federal Public Defender, on behalf of
11  Mr. Ulbricht, who's present before the Court.
12          THE COURT:  Good morning, Mr. Ulbricht.
13          THE DEFENDANT:  Good morning.
14          THE COURT:  All right.  We're on for financial
15  affidavit; set an identity hearing; detention hearing.
16       How do you want to proceed?
17          MR. LE BLANC:  Your Honor, we -- at this time the
18  defense is prepared to stipulate to detention without
19  prejudice.
20       Mr. Ulbricht is also prepared to waive his right to an
21  identity hearing.  He intends to remain in the custody of the
22  United States Marshals Service until his arrival in the
23  Southern District of New York, at which point in time he may
24  aggressively pursue bail and release at that point in time.
25          THE COURT:  All right.  Detention hearing and
```

```
 1  findings are waived without prejudice.  When you get to
 2  New York, if you wish to apply for release on bail, you can do
 3  so.  The identity hearing is waived.  And you are to be
 4  transported in custody to the Southern District of New York.
 5       I think I had asked you for a financial affidavit.  Did
 6  you --
 7            MR. LE BLANC:  That is correct, Your Honor.  At this
 8  point in time we have not been able to complete one.  The scope
 9  of our representation at this point is over.
10            THE COURT:  All right.  I think that's fine.
11            MR. LE BLANC:  And one additional matter, Your Honor.
12  Just -- I think it's just kind of a pro forma, but we do
13  affirmatively disavow any of the aliases alleged in the
14  Complaint in the Southern District of New York.
15            THE COURT:  All right.  That will be noted for the
16  record.  All right.  Thank you very much.
17       (At 9:58 a.m. the proceedings were adjourned.)
18
19
20
21
22
23
24
25
```

1 **CERTIFICATE OF REPORTER**

2     I certify that the foregoing is a true and correct
3 transcript, to the best of my ability, of the above pages of
4 the official electronic sound recording provided to me by the
5 U. S. District Court, Northern District of California, of the
6 proceedings taken on the date and time previously stated in the
7 above matter.

8     I further certify that I am neither counsel for, related
9 to, nor employed by any of the parties to the action in which
10 this hearing was taken; and, further, that I am not financially
11 nor otherwise interested in the outcome of the action.

14 *Lydia Zinn*            December 3, 2017
15     Signature of Transcriber      Date